# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3089
_____

VICTOR M. VASQUEZ,

    Appellant,

v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.


April 15, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victor M. Vasquez, pro se, Appellant.

James Uthmeier, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.